IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv93

| | |
|---|---|
| GLENN LEO METHENY; and KATHERINE PRIVETT METHENY, Plaintiffs, Vs. PRIME CAROLINA, LLC; and DAN GRAMMATICO SIGNATURE HOMES, LLC, Defendants. | ORDER |

**THIS MATTER** is before the court on the joint Motion to Stay Deadlines Pending Issuance of New or Amended PTO. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Deadlines Pending Issuance of New or Amended PTO (#34) is **GRANTED,** and the deadlines presently in force are **STAYED** pending the submission of a new CIAC, after issues

have joined, and the entry of an amended PTO. Nothing in this Order should be interpreted as preventing the parties from engaging in consensual discovery in the interim.

Signed: August 25, 2008

Dennis L. Howell
United States Magistrate Judge