# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv93

| | |
|---|---|
| GLENN LEO METHENY; and KATHERINE PRIVETT METHENY, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>PRIME CAROLINA, LLC; DAN GRAMMATICO SIGNATURE HOMES, LLC; and FAIRVIEW EXCAVATING, LLC, )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the court on the joint Motion to Stay Deadlines Pending Issuance of New or Amended PTO. The motion will be allowed as it proposes a very reasonable solution to the joinder of additional parties. As this case is becoming one of the oldest in the Asheville Division, the parties are respectfully requested to give serious consideration to discussing the possibilities of further mediation and the appointment of a mediator. The court appreciates the fine manner in which respective counsel have handled this difficult case thus far. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

-1-

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Deadlines Pending Issuance of New or Amended PTO (#62) is **GRANTED,** and all deadlines contained in the Pretrial Order, as amended, are **STAYED** pending entry of a new pretrial order. During the period of stay, the parties may by agreement conduct discovery or mediation if they so agree.

Signed: May 6, 2009

Dennis L. Howell
United States Magistrate Judge