IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv93

| | |
|---|---|
| GLENN LEO METHENY; and KATHERINE PRIVETT METHENY, <br><br> Plaintiffs, <br><br> Vs. <br><br> PRIME CAROLINA, LLC; DAN GRAMMATICO SIGNATURE HOMES, LLC; and FAIRVIEW EXCAVATING, LLC, <br><br> Defendants, <br><br> Vs. <br><br> CIVIL DESIGN CONCEPTS, P.A., <br><br> Third-Party Defendant, | ORDER |

**THIS MATTER** is before the court on the joint Status Report and Motion to Stay (#70). For cause, the parties indicate that a settlement in principle has been reached, that a Proposed Consent Decree will be filed, that appropriate notice will be provided to the EPA and others, and that efforts are underway to ensure such decree will be approved by the bankruptcy court. Finding that good cause has been shown for the proposed relief, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the joint Status Report and Motion to Stay (#70) is **ALLOWED,** and all deadlines contained in the Second Amended Pretrial Order are **STAYED** pending review of the Proposed Consent Decree.

Signed: September 28, 2009

Dennis L. Howell
United States Magistrate Judge